## Mary E. Schultz, Appellee, v. Reuben Schultz, Appellant.

### Gen. No. 9,797.

114

Heard in this court at May term, 1942; opinion filed August 21, 1942; rehearing denied October 6, 1942. George W. Thoma, for appellant; Thomas H. Slusser, of counsel; C. Norman Flanders, for appellee. Opinion by JUSTICE WOLFE. "Not to be published in full."